UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

------------------------------------------------------------------- x

MOTOR-SERVICES HUGO STAMP, INC.

                          Plaintiff,

             v.

WILLIAM J. COLEMAN

                         Defendant.

                          :       09-_____-CIV-_____

                          :       Judge _____

                                Magistrate Judge _____

                          :

------------------------------------------------------------------- x

**COMPLAINT**

MOTOR-SERVICES HUGO STAMP, INC. ("Motor-Services"), by its attorneys Tomaselli & Co., for its complaint against WILLIAM J. COLEMAN ("Coleman") alleges upon information and belief as follows:

1.        This is case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.        The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1333.

3.        At all times herein mentioned, Motor-Services was and now is a corporation duly organized and existing under the laws of the State of Florida, with a principal place of business at 3190 S.W. 4th Avenue, Fort Lauderdale, Florida 33315.

4.        At all times herein mentioned, William Coleman was a natural person resident in this District.

5.        Although Coleman had previously registered the name Caribbean Transport Line as a

fictitious name with the Florida Department of State, Coleman filed a request to cancel that registration on 5 March 2003, and the Department of State cancelled the registration on 10 March 2010.

6.          At all times relevant to the claims described herein, Coleman held himself out as doing business in the name of Caribbean Transport Line although he knew that he had cancelled that registration years earlier.

7.          Pursuant to Fla. Stat. 865.09(2) and (3), any person conducting business in a name other than the person's legal name must register the fictitious name with the Florida Department of State.

8.          Pursuant to Fla. Stat. 865.09(9), failure to comply with the filing requirements is a second degree misdemeanor, punishable as set forth in Fla. Stat. 775.082 and 775.083.

9.          On or about July through October 2009, Coleman, representing himself as Caribbean Transport Line, entered into contract for the purchase of certain repair parts for the propulsion systems of the vessel *MV COSETTE*, a commercial vessel in active commerce at the time.

10.          Had Motor-Services known that Coleman had cancelled his filing to do business as Caribbean Transport Line and was no longer operating as that business, Motor-Services would not have extended credit to Coleman.

11.          The contracts constitute maritime contracts.

12.          The terms and conditions of the contracts were set forth in the Motor-Services Hugo Stamp, Inc.'s terms and conditions, and were provided to Coleman prior to delivery of all parts ordered. The Motor-Services terms and conditions therefore govern each and every one of the contracts.

13.          Motor-Services performed all conditions precedent to payment of each of the contracts.

14.          Although Coleman made a single payment of USD 5,000.00 on or about 14 August 2009, no other payments have been made, although duly demanded.

15.          The total of unpaid invoices for the Coleman contracts is USD 21,527.67, exclusive of interest, cost and attorneys fees.

16.        A true and accurate copy of the invoices for the repair parts provided by Motor-Services

on Coleman's order, as well as a statement showing the single payment and the amounts outstanding, and

a copy of the relevant terms and conditions, appears at Exhibit A hereto.

17.        The Motor-Services terms and conditions applicable to these contracts provide for

interest at 1.5% per month for each payment not received within 30 days of the invoice.

18.        The Motor-Services terms and conditions applicable to these contracts provide for

recovery of all reasonable attorneys fees and costs if the matter is placed into the hands of attorneys for

collection.

19.        Pursuant to Fla. Stat. 865.09(9)(b), any party aggrieved by a person's failure to comply

with the requirements of Fla Stat. 865.09 is entitled to an award of reasonable attorneys fees and costs.

20.        Pursuant to the terms of the contract and Florida law, Motor-Services is entitled to

interest at 1.5% per month, costs and reasonable attorneys fees for each and every unpaid invoice.

21.        The provision of parts for the repair of the *MV COSETTE* constitutes the provision of

necessaries for a vessel, giving rise to a maritime lien upon the vessel by the party providing the

necessaries.

22.        As a result of providing the repair parts for *MV COSETTE*, Motor-Services has a

maritime lien against the vessel for the amount of the unpaid invoices.  To the best of Motor-Services

knowledge, the vessel is not currently within this District.  Should the vessel return to this District

Motor-Services shall seek to amend its complaint to include an *in rem* claim against the vessel herself.


                    AS AND FOR A FIRST CAUSE OF ACTION
                        AGAINST WILLIAM COLEMAN
                    FOR BREACH OF MARITIME CONTRACT


23.        Motor-Services repeats and realleges the allegations contained in paragraphs 1 through

22 of this complaint as if set forth fully herein.

24.          Coleman's ordering of the parts, receipt of the terms and conditions, receipt and acceptance of the parts, and Coleman's partial payment, all constitute the formation of a maritime contract between Motor-Services and Coleman under the terms and conditions of Motor-Services.

25.          All conditions precedent to payment pursuant to the maritime contract between Motor-Services and Coleman were performed by Motor-Services.

26.          The failure of Coleman to satisfy the account of plaintiff Motor-Services constitutes a breach of the maritime contract between the parties.

27.          Motor-Services has and will incur reasonable attorneys' fees and expenses, has and will make advances and has and will sustain damages from or by reason of the breach of contract by Coleman in the amount of USD 21,527.67, plus interest at the contractual rate of 1.5% per month, plus costs, plus attorneys fees and in further amounts not presently known to Motor-Services.

28.          Although payment in accordance with the contracts has been duly demanded, the amount has not been paid.


AS AND FOR A SECOND CAUSE OF ACTION
AGAINST WILLIAM COLEMAN
FOR FRAUD

29.          Motor-Services repeats and realleges the allegations contained in paragraphs 1 through 28 of this complaint as if set forth fully herein.

30.          Because Coleman had taken affirmative action to cancel his fictitious name filing, Coleman knew that he was falsely representing himself to be doing business in that name when he contracted with Motor-Services.

31.          Moreover, Coleman knew, or is deemed to have known, that his conduct was in violation

of Florida law.

32.     Coleman intended Motor-Services to rely on his representation that he was doing

business and operating in the name of Caribbean Transport Line when he requested Motor-Services

provide the repair parts for the *MV COSETTE.*

33.     As set forth above, Motor-Services did rely, to its detriment, upon Coleman's fraudulent

representation, and would not have extended credit to Coleman if Motor-Services had known he had

cancelled his filing and was no longer operating Caribbean Transport Line.

34.     Motor-Services has and will incur reasonable attorneys' fees and expenses, has and will

make advances and has and will sustain damages from or by reason of the fraud perpetrated by Coleman

in the amount of USD 21,527.67, plus interest at the contractual rate of 1.5% per month, plus costs, plus

attorneys fees and in further amounts not presently known to Motor-Services.


        WHEREFORE, Plaintiff Motor-Services Hugo Stamp, Inc. prays:


1.     Process in due form of law according to the rules and practice of this Honorable Court in

       causes of admiralty and maritime jurisdiction issue against defendant William J.

       Coleman, and


2.     Plaintiff Motor-Services have judgment against defendant William J. Coleman for the

       damages resulting from Coleman's breach of maritime contract as stated above, together

       with pre- and post-judgment interest thereon, costs and attorneys' fees; and


3.     Plaintiff Motor-Services have judgment against defendant William J. Coleman for fraud

       and the damages resulting from Coleman's fraudulent representation that he was doing

business as Caribbean Transport Line, as stated above, together with pre- and post-

judgment interest thereon, costs and attorneys' fees; and

4.      Such other, further and different relief as may be just and proper under the premises.

Dated:  Fort Lauderdale, Florida
        May 17, 2010

                          TOMASELLI & CO.


                   By:    _____
                          John J. Tomaselli (Fla. Bar No.:  872570)
                          1500 Cordova Road - Suite 202
                          Fort Lauderdale, Florida 33316-2190
                          Tel:    (954) 761-8004
                          Fax:    (954) 525-6626
                          e mail:  tcolaw@att.net
                          Attorneys for Plaintiff Motor-Services Hugo Stamp, Inc.




# MOTOR-SERVICES HUGO STAMP, INC.

## AUTHORIZED DISTRIBUTOR & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954) 763-3660 • Fax (954) 763-2872
http://www.mshs.com

Page: 1  of   1
Statement Date : 11/24/09
Statement as of: Nov 24 2009
Customer Number: CARTRA5805

CARIBBEAN TRANSPORT LINE
ACCOUNTS PAYABLE
P.O. BOX 267396

WESTON,FL                    33326
UNITED STATES

| Date | Due-date | Invoice | | Reference # | Invoice-Amt | Balance-amt | Currency |
|------|----------|---------|---|-------------|-------------|-------------|----------|
| 07/24/09 | 08/23/09 | 171637 | soin | 350 INJECTION PUM | 2,125.50 | 2,125.50 | USD |
| 07/24/09 | 08/23/09 | 171638 | soin | | 621.60 | 621.60 | USD |
| 07/27/09 | 08/26/09 | 171652 | soin | Deutz 350 | 2,841.52 | 2,841.52 | USD |
| 08/14/09 | 08/14/09 | 171900 | soin | Deutz 350 | 10,000.00 | 5,000.00 | USD |
| 08/18/09 | | 14861 | visa | cc 08/14/09 | 5,000.00- | 5,000.00 | USD |
| 09/14/09 | 10/14/09 | 172184 | swin | OWNERS | 4,041.32 | 4,041.32 | USD |
| 09/21/09 | 09/21/09 | 172280 | soin | | 1,494.94 | 1,494.94 | USD |
| 10/30/09 | 10/30/09 | 172722 | swin | OWNERS | 5,402.79 | 5,402.79 | USD |

Total Invoices:        21,527.67
Total Credits:              0.00
Total Finance Charges:      0.00
Total Payments:         5,000.00-

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Balance |
|---------|---------|---------|---------|----------|---------|
| 5,402.79 | 0.00 | 5,536.26 | 5,000.00 | 5,588.62 | 21,527.67 |



# MOTOR-SERVICES HUGO STAMP, INC.  *INVOICE*

**AUTHORIZED DISTRIBUTORS & SERVICE CENTER**

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660  Fax: 954-763-2872
Email: info@mshs.com    http://www.mshs.com

| Invoice # | 171637 |
|---|---|
| Customer # | CARTRAMV02 |
| Page # | 1 / 1 |

```
B CARIBBEAN TRANSPORT LINE          S M/V COSETTE
I ACCOUNTS PAYABLE                  H ACCOUNTS PAYABLE
L P.O. BOX 267396                   I P.O. BOX 267396
L                                   P
  WESTON, FL           33326          WESTON, FL          33326
T UNITED STATES                     T UNITED STATES
O Phone  :954-384-5805              O Phone  : 954-384-5805
  Fax    :954-384-7225                Fax    : 954-384-7225
  Contact :                           Contact :
```

| DATE | OUR ORDER NO. | SHIP VIA | | F.O.B. | TERMS |
|---|---|---|---|---|---|
| 07/24/09 | 212710 | | | | NET 30 DAYS |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| 350 INJECTION PUMP | VESSEL AFFIDAVIT | | maia |

| POS | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC. (%) |
|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 02121328R | 650.00 | 650.00 | |
| | | | RECON DELIVERY VALVE | | | |
| | | | For currently installed pump 0199-17-290.90 | | | |
| 3 | 1 | 1 | 02170726R | 1,475.50 | 1,475.50 | |
| | | | RECON PUMP ELEMENT | | | |

TERMS AND CONDITIONS ON REVERSE SIDE

| | TRACKING / WAYBILL NO. | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | USD | 0.00 | 0.00 | 2,125.50 |
| | | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
| | | | 0.00 | 2,125.50 |

CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301
ACCT. #12003276792 (ABA ROUTING #066004367)
FEDERAL TAX ID #59-2347143



# MOTOR-SERVICES HUGO STAMP, INC.

**MSHS COMPANIES**

AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660  Fax: 954-763-2872
Email: info@mshs.com    http://www.mshs.com

## INVOICE

| | |
|---|---|
| Invoice # | 171638 |
| Customer # | CARTRAMV02 |
| Page # | 1 / 1 |

**B**CARIBBEAN TRANSPORT LINE
**I** ACCOUNTS PAYABLE
**L** P.O. BOX 267396
**L**
**T** WESTON, FL                33326
**O** UNITED STATES
Phone  :954-384-5805
Fax    :954-384-7225
Contact :

**S** M/V COSETTE
**H** ACCOUNTS PAYABLE
**I** P.O. BOX 267396
**P**
**T** WESTON, FL                33326
**O** UNITED STATES
Phone  : 954-384-5805
Fax    : 954-384-7225
Contact :

| DATE | OUR ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 7/24/09 | 212818 | | | NET 30 DAYS |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| | VESSEL AFFIDAVIT | | maia |

| POS | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC (%) |
|---|---|---|---|---|---|---|
| 1 | 10 | 10 | 04046099 GASKET | 62.16 | 621.60 | |

| TRACKING / WAYBILL NO. | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| | USD | 0.00 | 0.00 | 621.60 |
| | APPLIED CREDIT | TOTAL PAID | | BALANCE DUE |
| | | 0.00 | | 621.60 |

TERMS AND CONDITIONS ON REVERSE SIDE

CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301
ACCT. #12003276792 (ABA ROUTING #066004367)
FEDERAL TAX ID #59-2347143



# MOTOR-SERVICES HUGO STAMP, INC.   *INVOICE*

MSHS COMPANIES

AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660  Fax: 954-763-2872
Email: info@mshs.com   http://www.mshs.com

| Invoice # | 171652 |
|---|---|
| Customer # | CARTRAMV02 |
| Page # | 1 / 1 |

**BILL TO**
CARIBBEAN TRANSPORT LINE
ACCOUNTS PAYABLE
P.O. BOX 267396

WESTON, FL                    33326
UNITED STATES
Phone   :954-384-5805
Fax     :954-384-7225
Contact :

**SHIP TO**
MASTER M/V COSETTE
HOLD FOR PICKUP

NEWARK, NJ
UNITED STATES
Phone  : 786-251-2982
Fax    :
Contact : BILL COLEMAN

| DATE | OUR ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 07/27/09 | 212758 | Air Freight | | NET 30 DAYS |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| Deutz 350 | VESSEL AFFIDAVIT | | maia |

| POS | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC. (%) |
|---|---|---|---|---|---|---|
| 1 | 3 | 3 | 02020566 ROLLER PIVOT PIN | 266.25 | 798.75 | |
| 2 | 3 | 3 | 02020577 TAPPET ROLLER | 571.59 | 1,714.77 | |

TERMS AND CONDITIONS ON REVERSE SIDE

| | TRACKING / WAYBILL NO. | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|
| | 005-50862873 | USD | 0.00 | 328.00 | 2,841.52 |

CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301
ACCT. #12003276792 (ABA ROUTING #066004367)

FEDERAL TAX ID #59-2347143

| APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
|---|---|---|
| | 0.00 | 2,841.52 |



# MOTOR-SERVICES HUGO STAMP, INC. *INVOICE*

### AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL  33315
Phone: 954-763-3660  Fax: 954-763-2872
Email: info@mshs.com    http://www.mshs.com

| Invoice # | 171900 |
|---|---|
| Customer # | CARTRAMV02 |
| Page # | 1 / 1 |

**B I L L T O**
CARIBBEAN TRANSPORT LINE
ACCOUNTS PAYABLE
P.O. BOX 267396

WESTON, FL                33326
UNITED STATES
Phone   :954-384-5805
Fax     :954-384-7225
Contact :

**S H I P T O**
M/V COSETTE
ACCOUNTS PAYABLE
P.O. BOX 267396

WESTON, FL                33326
UNITED STATES
Phone   : 954-384-5805
Fax     : 954-384-7225
Contact :

| DATE | OUR ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 8/14/09 | 212931 | | | CASH IN ADV |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| Deutz 350 | VESSEL AFFIDAVIT | | Miata |

| POS. | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC (%) |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 03509770R CAMSHAFT ELEMENT RECON 0110-6 | 10,000.00 | 10,000.00 | |

TERMS AND CONDITIONS ON REVERSE SIDE

| TRACKING / WAYBILL NO. | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| | USD | 0.00 | 0.00 | 10,000.00 |
| | | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
| | | | 0.00 | 10,000.00 |

CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301
ACCT. #12003276792 (ABA ROUTING #066004367)

FEDERAL TAX ID #59-2347143



# MOTOR-SERVICES HUGO STAMP, INC.

**INVOICE**

AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660  Fax: 954-763-2872
Email: info@mshs.com   http://www.mshs.com

| Invoice # | 172184 |
|---|---|
| Customer # | CARTRAMV02 |
| Page # | 1 / 1 |

| | |
|---|---|
| **B I L L T O** CARIBBEAN TRANSPORT LINE<br>ACCOUNTS PAYABLE<br>P.O. BOX 267396<br><br>WESTON, FL          33326<br>UNITED STATES<br>Phone  : 954-384-5805<br>Fax    : 954-384-7225<br>Contact : | **S H I P T O** M/V COSETTE<br>PORT EVERGLADES<br><br><br>FT. LAUDERDALE, FL     33316<br>UNITED STATES |

| DATE | OUR ORDER NO. | | SHIP VIA | | F.O.B. | | TERMS |
|---|---|---|---|---|---|---|---|
| 09/14/09 | 18836 | 13524 | BEST WAY | | | | NET 30 DAYS |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| OWNERS | VESSEL AFFIDAVIT | | DEUTZ 350 |

| POS. | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC (%) |
|---|---|---|---|---|---|---|
| | | | DEUTZ 350, FOUR (4) FUEL INJECTORS, PARTIAL ASSEMBLED ONLY, RECONDITIONED ACCORDING TO MANUFACTURER SPECIFICATION WITH NEW PARTS THREE INJECTORS, FOUND ONE INJECTOR BODY CRACKED. | | | |
| | 3.00 | | RECON FUEL INJECTOR | 358.00 | 1074.00 | |
| | | | FREIGHT IN/CUSTOMS | | 67.61 | |
| | | 3 | NOZZLE CAP | 299.70 | 899.10 | |
| | | 3 | NOZZLE CAP NUT | 196.56 | 589.69 | |
| | | 2 | INLET ADAPTER | 281.75 | 563.50 | |
| | | 6 | PARALLEL PIN | 1.15 | 6.88 | |
| | | 3 | NOZZLE ELEMENT | 275.00 | 825.00 | |
| | | 3 | O-SEAL | 5.18 | 15.54 | |
| | | | FOR FURTHER DETAILS, PLEASE REFER TO THE ATTACHED DOCUMENTATION.<br>THANK YOU. | | | |

TERMS AND CONDITIONS ON REVERSE SIDE

| TRACKING / WAYBILL NO. | | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | USD | 0.00 | 0.00 | 4,041.32 |
| CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301 | | | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
| ACCT. #12003276792 (ABA ROUTING #066004367) | | | | | |
| FEDERAL TAX ID #59-2347143 | | | | 0.00 | 4,041.32 |



# MOTOR-SERVICES HUGO STAMP, INC.

## *INVOICE*

AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660  Fax: 954-763-2872
Email: info@mshs.com    http://www.mshs.com

| Invoice # | 172280 |
|---|---|
| Customer # | CARTRAMV02 |
| Page # | 1 / 1 |

**B** CARIBBEAN TRANSPORT LINE
**I** ACCOUNTS PAYABLE
**L** P.O. BOX 267396
**L**
**T** WESTON, FL              33326
**O** UNITED STATES
Phone  :954-384-5805
Fax    :954-384-7225
Contact :

**S** M/V COSETTE
**H** ACCOUNTS PAYABLE
**I** P.O. BOX 267396
**P**
**T** WESTON, FL              33326
**O** UNITED STATES
Phone  : 954-384-5805
Fax    : 954-384-7225
Contact :

| DATE | OUR ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| /21/09 | 213215 | | | CASH IN ADV |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| | VESSEL AFFIDAVIT | | maia |

| POS | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC. (%) |
|---|---|---|---|---|---|---|
| 1 | 6 | 6 | 02196377<br>COMPRESSION SPRING | 3.24 | 19.44 | |
| 2 | 1 | 1 | 02170726R<br>RECON PUMP ELEMENT | 1,475.50 | 1,475.50 | |

TERMS AND CONDITIONS ON REVERSE SIDE

| | TRACKING / WAYBILL NO. | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | USD | 0.00 | 0.00 | 1,494.94 |
| | | APPLIED CREDIT | TOTAL PAID | BALANCE DUE | |
| | | | 0.00 | 1,494.94 | |

CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301
ACCT. #12003276792 (ABA ROUTING #066004367)
FEDERAL TAX ID #59-2347143



# MOTOR-SERVICES HUGO STAMP, INC. INVOICE

### AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660  Fax: 954-763-2872
Email: info@mshs.com    http://www.mshs.com

| Invoice # | 172722 |
|---|---|
| Customer # | CARTRAMV02 |
| Page # | 1 / 1 |

```
B CARIBBEAN TRANSPORT LINE          S M/V COSETTE
I ACCOUNTS PAYABLE                  H PORT EVERGLADES
L P.O. BOX 267396                   I
L                                   P
  WESTON, FL              33326      T  FT. LAUDERDALE, FL        33316
T UNITED STATES                     T  UNITED STATES
O Phone  : 954-384-5805             O
  Fax    : 954-384-7225
  Contact :
```

| DATE | OUR ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 10/30/09 | 19035 / 13818 | BEST WAY | | CASH IN ADV |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| OWNERS | VESSEL AFFIDAVIT | | DEUTZ 350 |

| POS. | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC (%) |
|---|---|---|---|---|---|---|
| | | | DEUTZ 350, THREE (3) INJECTORS, RECONDITIONED ACCORDING TO MANUFACTURER SPECIFICATION, TESTED AND CALIBRATED. ATTENDED VESSEL IN ORDER TO TROUBLESHOOT FUEL INJECTION PUMP ACCORDING TO YOUR REQUEST. | | | |
| | 3.00 | | RECON FUEL INJECTOR | 358.00 | 1074.00 | |
| | 5.00 | | LABOR FACTORY SERVICE ENG. O/T | 128.00 | 640.00 | |
| | 3 | | NOZZLE CAP | 333.00 | 999.00 | |
| | 3 | | NOZZLE CAP NUT | 231.25 | 693.75 | |
| | 3 | | NOZZLE ELEMENT | 314.50 | 943.50 | |
| | 3 | | PLUNGER | 73.26 | 219.78 | |
| | 3 | | O-SEAL | 3.63 | 10.88 | |
| | 6 | | PARALLEL PIN | 1.15 | 6.88 | |
| | 3 | | INLET ADAPTER | 269.54 | 808.61 | |
| | 3 | | SEALING RING | 2.13 | 6.39 | |
| | | | FOR FURTHER DETAILS, PLEASE REFER TO THE ATTACHED DOCUMENTATION. THANK YOU. | | | |

TERMS AND CONDITIONS ON REVERSE SIDE

| TRACKING / WAYBILL NO. | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| | USD | 0.00 | 0.00 | 5,402.79 |

CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301
ACCT. #12003276792 (ABA ROUTING #066004367)

| | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
|---|---|---|---|
| | | 0.00 | 5,402.79 |

FEDERAL TAX ID #59-2347143

## TERMS AND CONDITIONS

These terms and condition represent the final and complete agreement of the parties, and no modification shall be binding upon Motor-Services Hugo Stamp ("MSHS") unless made in writing and signed and approved by an officer of MSHS. No modification of these terms shall be deemed made or accepted by MSHS shipping goods or performing services following receipt of a purchase order or other documents containing terms and conditions additional to or in conflict with the terms and conditions herein. MSHS does not agree to the accident, indemnity, and insurance provisions, if any, contained in the buyer's or customer's invitation or specifications, and in such cases MSHS accepts only such liability as is imposed upon MSHS by law and as limited by this contract. Receipt of goods or services by the buyer or customer shall be deemed conclusive proof of irrevocable acceptance of these terms and of the conformity of the goods or services provided; similarly these terms and conditions shall be deemed irrevocably accepted upon commencement of work by Motor-Services Hugo Stamp at Motor Services Hugo Stamp's facility or at any other location.

GENERAL: MSHS's contracts for furnishing repairs, parts and services are solely on the basis of the insured limited liabilities and specific warranties set forth below. MSHS shall not be liable for any injury or death resulting from its provision of repairs, parts or services, and the purchaser or customer agrees to indemnify, defend and hold MSHS harmless for any such claims brought against MSHS by or on behalf of any person other than a MSHS employee. When MSHS provides parts, repairs or services to any vessel, MSHS shall not be liable, directly or indirectly, in contract, tort or otherwise, to the vessel's owners, charterers, underwriters, lienholders or other party in interest for any damages to such vessel or to its appurtenances, cargo, equipment or moveable stores, or for any consequence thereof, unless such damage is caused solely by MSHS's gross negligence or intentional tort, and in no event shall MSHS's aggregate liability under this contract (with the exception of the specific warranty as set forth in "WARRANTY" below) exceed the sum of $50,000.00 or the value of the vessel, whichever figure is the lesser. In no event shall MSHS be liable for any consequential or special damages including but without limitation, for faulty or negligent design or manufacture, delay, loss of revenue, detention, wharfage, demurrage, tug expense, pilotage, crew wages, salvage or loss of use. For all sales or services provided, whether vessel related or non-vessel related, MSHS shall not be liable for incidental, special or consequential damages or losses arising directly or indirectly from the purchase and sale of goods or provision of services, or for any other cause, and MSHS' sole liability shall be as set forth under "warranty" below. The buyer or customer agrees to indemnify, defend and hold MSHS harmless with respect to all liabilities to all parties in interest exceeding the amounts herein stated.

FORCE MAJEURE: MSHS shall not be liable in any event for any loss, damage or delay caused by strikes, labor difficulties, accidents, delays in delivery of materials, acts of God, war, restraint of princes, including, but not limited to, restraint by local, state or federal authorities, or causes or any kind beyond MSHS's control, including, but not limited to, tropical storms, hurricanes, lightning or rain.

WARRANTY: MSHS warrants that its parts and services are provided in accordance with industry standards and parts supplied are free from defects in material and workmanship. Buyer or customer agree that the sole remedy for breach of any warranty, express or implied shall be limited, at MSHS sole discretion, to th replacement of parts, repair of parts, return or crediting of purchase price, or referral of the claim to the original manufacturer for manufacturer's warranty review. MSHS makes no warranty and specifically disclaims all liability for design of any items supplied. The foregoing warranty is non assignable and is in lieu of and specifically excludes all other warranties not actually set forth herein, whether express or implied by operation of law or otherwise including but not limited to any implied warranties of merchantability or fitness or those implied by the common law of bailor and bailee. No agent or employee of MSHS has authority to bind MSHS to any other or expanded warranty, and any representation to that effect shall not be deemed to become a part of this contract and shall be unenforceable. The specific warranty provided by this section shall be deemed expired and all right of the buyer or customer irrevocably waived unless the claimed defect is submitted to MSHS in writing within sixty days of receipt of the relevant part or service (or the redelivery of the vessel, whichever occurs first). This period shall govern whether the alleged defect is latent or patent and shall not be deemed to be tolled or to arise at any future time as a result of the discovery of a latent defect. Remedies for latent defects not discovered and submitted to MSHS within the 60 day period shall be exclusively those available from the manufacturer, if any.

FORUM AND CHOICE OF LAW: This contract shall be deemed to have been executed and fully performed within the State of Florida, and shall be interpreted and construed in accordance with and subject to the federal maritime law of the United States or, should no such law exist on any particular issue, the laws of the State of Florida, to the exclusion of the laws of any other state or country. The prevailing party in any legal action shall be awarded reasonable attorneys fees and costs. Moreover: (1) for U.S. buyers or customers: any dispute arising under, in connection with or incident to this contract shall be litigated before a court of competent jurisdiction located in the State of Florida, County of Broward, to the exclusion of the courts of any other state or country, and buyer or customer hereby irrevocably consent to the jurisdiction of such court; (2) for non-U.S. buyers and customers: any dispute arising under, in connection with or incident to this contract shall be referred to three persons at New York, New York, one to be appointed by each of the parties hereto, and the third by the two so chosen; their decision or that of any two of them shall be final and, for the purpose of enforcing any award, this contract may be made a rule of the court. Should a party fail to appoint an arbitrator within ten days of notice of demand for arbitration, the demanding party may appoint the second arbitrator with the same force and effect as if appointment by the second party. Should the two arbitrators be unable to agree on the appointment of a third arbitrator within 14 days after appointment of the second arbitrator, the President of the Society of Maritime Arbitrators, Inc. shall make the appointment upon the request of either party without further notice. The proceedings shall be conducted in accordance with the Rules of the Society of Maritime Arbitrators, Inc., including Section 2 "Consolidation". The arbitrators shall be commercial men and not practicing attorneys. The arbitrators shall consider this Agreement an honorable engagement rather than merely a legal obligation; they are relieved from all judicial formalities and may abstain from following the strict rules of law. The arbitrators shall award reasonable attorneys fees and costs to the prevailing party. The parties irrevocably stipulate to the jurisdiction of the United States District Court for the Southern District of New York and the United States District Court for the Southern District of Florida (at the election of the party filing) for purposes of compelling arbitration or confirming an arbitration award. With regd to petitions to compel arbitration or to confirm an arbitration award, the parties consent to service of process by certified mail, certified international mail, fax, e-mail, Federal Express or DHL courier service to the parties at any of the addresses or other contact information set forth in the MSHS purchase order, quotation, or elsewhere in this contract, and irrevocably waive and right to personal service of these documents.

PAYMENT AND PRICE: Prices quoted and product availability stated are valid for ten days only unless designated as firm for a specific other period in writing by an officer of MSHS. Payment in all cases is net upon receipt of invoice, 1.5% per month to be added to the invoice amount if full payment is not received by MSHS within thirty days of presentation of the invoice. MSHS may place any account no paid within thirty days into the hands of attorneys for collection and the buyer or customer agrees to pay the reasonable fees and costs of the attorneys, without regard to whether suit is filed or arbitration commenced. All payments must be made in Florida at 3190 SW 4th Avenue, Fort Lauderdale, Florida 33315 or by wire as set forth below. It is agreed that wires are to be deemed payments made in Florida. For payment for work done on or materials furnished to any vessel, whether authorized orally, or by letter, or written contract, and whether MSHS is the general contractor or a subcontractor, MSHS looks to both vessel and owner.

Wire Transfer:   City National Bank of Florida  
                Fort Lauderdale, FL 33301  
Account:      12003276792  
ABA:          066004367

VESSEL WARRANTIES: The vessel, its owners, charterers, underwriters, lienholders, and all parties in interest, shall indemnify and hold MSHS harmless from all liability arising under any state or federal air or water quality statute or regulation unless the liability shall arise solely from the gross negligence or intentional tort of MSHS's own employees. Owners, or other parties in interest, warrant that a valid and current U.S. Coast Guard Certificate of Financial Responsibility (Water Pollution) (Form CG-5358-10) shall be kept in force at all times while MSHS is furnishing repairs, parts or services.

BUYER AND CUSTOMER'S RIGHT TO PURCHASE FURTHER WARRANTIES: Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before work is commenced by MSHS, and if the price is adjusted to include the cost of appropriate additional insurance. The terms contained in this contract or as set forth by an addendum thereto shall in no way be interpreted to hold MSHS as an insurer.

MISCELLANEOUS: Nothing herein shall be deemed to constitute a waiver of MSHS's maritime lien. Invalidity of any one or more provisions of this contract shall not affect nor impair the remaining provisions. This contract may not be changed orally.